UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

AMBIENT IMAGES, INC.,
Plaintiff,

v.

HYPHAE DESIGN LABORATORY, LLC,
Defendant.

Case No. 5:13-cv-05200 HRL

**ORDER TO SHOW CAUSE RE SETTLEMENT**

The court is informed that the parties have agreed to a settlement. All previously scheduled deadlines and appearances are vacated.

**On or before March 31, 2014**, plaintiff shall file a dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **April 15, 2014, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **April 8, 2014**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this

Order.

**SO ORDERED**.

Dated: March 12, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

5:13-cv-05200-HRL Notice has been electronically mailed to:

Craig B Sanders csanders@sanderslawpllc.com, ecf@sanderslawpllc.com

5:13-cv-05200-HRL Notice sent by U.S. Mail to:

J. Brent Bucknum
Hyphae Design Laboratory
942 Clay Street
Oakland, CA 94607

United States District Court
Northern District of California